**Julie R. Vacura**, OSB #84369
jvacura@larkinsvacura.com
**Larkins Vacura, LLP**
808 SW Third Avenue, Suite 540
Portland, Oregon 97204
Telephone: 503-222-4424
Facsimile: 503-827-7600
Receiver

FILED'06 SEP 08 16:04USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    and

STATE OF OREGON EX REL CORY
STREISINGER, DIRECTOR OF THE
DEPARTMENT OF CONSUMER AND
BUSINESS SERVICES, in her official capacity,

        Plaintiffs,

   v.

ORION INTERNATIONAL, INC., RUSSELL
B. CLINE, APRIL DUFFY, BANGONE
VORACHITH, and NANCY HOYT,

        Defendants.

CV-03-603-KI

ORDER GRANTING
RECEIVER'S AMENDED REQUEST
FOR PAYMENT

     This matter is before the Court on the request of the Receiver appointed herein, Julie R.

Vacura, for payment of fees and expenses. The Court finds that no party objects to the

Receiver's request for payment. The Court has reviewed the record and finds there is a sufficient

basis for granting the Receiver's request. Accordingly, the Court being fully advised in the

premises, directs as follows:

//

//

Order

Page 1

**A.**    **IT IS HEREBY ORDERED** that the Receiver's Request for Payment is **GRANTED**.

**B.**    **IT IS HEREBY FURTHER ORDERED** that the Receiver shall be paid $12,904.53 for fees and expenses incurred between May 1, 2006 and June 30, 2006, in connection with the Receiver's duties and responsibilities under the Court's May 8, 2003 *Statutory Ex Parte Restraining Order Freezing Assets, Preserving Books And Records, Allowing Access To Books And Records, And Appointing Temporary Receiver, And Order Granting Expedited Discovery Restraining Order* ("Restraining Order").

**SO ORDERED**, on this _____ day of September, 2006.

**GARR M. KING**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

s/ Julie R. Vacura
_____
Julie R. Vacura
Receiver

Order                                                                                  Page 2