**Julie R. Vacura**, OSB #84369
jvacura@larkinsvacura.com
**Larkins Vacura, LLP**
808 SW Third Avenue, Suite 540
Portland, Oregon 97204
Telephone: 503-222-4424
Facsimile: 503-827-7600
Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> and <br><br> STATE OF OREGON EX REL CORY STREISINGER, DIRECTOR OF THE DEPARTMENT OF CONSUMER AND BUSINESS SERVICES, in her official capacity, <br><br> Plaintiffs, <br><br> v. <br><br> ORION INTERNATIONAL, INC., RUSSELL B. CLINE, APRIL DUFFY, BANGONE VORACHITH, and NANCY HOYT, <br><br> Defendants. | CV-03-603-KI <br><br> ORDER GRANTING RECEIVER'S REQUEST FOR PAYMENT |

This matter is before the Court on the request of the Receiver appointed herein, Julie R. Vacura, for payment of fees and expenses. The Court finds that no party objects to the Receiver's request for payment. The Court has reviewed the record and finds there is a sufficient basis for granting the Receiver's request. Accordingly, the Court being fully advised in the premises, directs as follows:

//

//

A.    **IT IS HEREBY ORDERED** that the Receiver's Request for Payment is **GRANTED**.

B.    **IT IS HEREBY FURTHER ORDERED** that the Receiver shall be paid $8,038.91 for fees and expenses incurred between July 11, 2006 and September 30, 2006, in connection with the Receiver's duties and responsibilities under the Court's May 8, 2003 *Statutory Ex Parte Restraining Order Freezing Assets, Preserving Books And Records, Allowing Access To Books And Records, And Appointing Temporary Receiver, And Order Granting Expedited Discovery Restraining Order* ("Restraining Order").

SO ORDERED, on this 23rd day of October, 2006.

_____
GARR M. KING
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Julie R. Vacura
Julie R. Vacura
Receiver